[No. 64966-3-I.   Division One.   May 17, 2010.]

TERRY S. HARTMAN, *Appellant*, v. NATIONWIDE MUTUAL INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-11080-5, Frederick W. Fleming, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 37722-5-II.   Division Two.   May 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. COLTON LEROY HAUGSTED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04245-0, Katherine M. Stolz, J., entered May 9, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38179-6-II.   Division Two.   May 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY JAMES LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00232-2, Jay B. Roof, J., entered February 1, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38354-3-II.   Division Two.   May 18, 2010.]

UNIMAK AMERICA, LLC, ET AL., *Appellants*, v. WILLIAM TURNER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-00961-8, M. Karlynn Haberly, J., entered September 22, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.